JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.T. and C.L., on behalf of their minor child, H.T.,<br><br>Plaintiffs,<br><br>v.<br><br>NEWPORT-MESA UNIFIED SCHOOL DISTRICT<br><br>Defendant. | Case No.: 8:23-cv-01754-JVS-JDE Requesting Consolidation with Case No.: 8:23-cv-01755-JVS-JDE<br><br>Judge:   Hon. James V. Selna<br>Magistrate:   Hon. John D. Early<br><br>**ORDER ON JOINT STIPULATION TO CONSOLIDATE RELATED CASES 8:23-CV-01754-JVS-JDE AND 8:23-CV-01755-JVS-JDE**<br><br>Action Filed:   September 19, 2023<br>Trial Date:   Not Yet Set<br><br>*[Filed concurrently with: Joint Stipulation to Consolidate Related Cases 8:23-cv-01754-JVS-JDE and 8:23-cv-01755-JVS-JDE]* |

1    IT IS HEREBY ORDERED that pursuant to the joint stipulation of counsel and parties, Case No. 8:23-cv-01754-JVS-JDE, the Student Complaint, and Case No. 8:23-cv-01755-JVS-JDE, the District Complaint, shall be consolidated.

Case No. 8:23-cv-01754-JVS-JDE shall be the low number, and all filings shall be filed in that case.

IT IS SO ORDERED.

DATED: November 27, 2023

_____
Hon. James V. Selna
United Stated District Judge